Village of Wenonah, appellee, v. Peabody Coal Company, appellant. Gen. No. 7,582.

Case action for removal of coal beneath streets without leaving sufficient support to maintain surface, whereby street settled and was injured. Judgment for plaintiff against one only of two defendants. Appeal from the Circuit Court of Montgomery county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the April term, 1923. Reversed and cause remanded. Opinion filed July 10, 1923.

Hill & Bullington, for appellant. Wilson & Vandever and Preihs & Preihs, for appellee.

Mr. Presiding Justice Heard delivered the opinion of the court.

Lewis A. Hirsch et al., appellants, v. Robert H. Downing, appellee. Gen. No. 7,595.

Abstract filed failed to show questions involved or judgment rendered. Appeal from the Circuit Court of Logan county; the Hon. Frank R. Lindley and Stevens R. Baker, Judges, presiding. Heard in this court at the April term, 1923. Appeal dismissed. Opinion filed July 10, 1923.

W. J. Carey and D. C. Corley, for appellants. Harold F. Trapp, for appellee.

Mr. Presiding Justice Heard delivered the opinion of the court.

John J. McGowan, administrator of the estate of Jeannette McGowan, deceased, appellee, v. Alfred W. Taylor, appellant. Gen. No. 7,599.

Action for damages for death by being struck with automobile. Judgement for plaintiff for $3,000. Appeal from the Circuit Court of Sangamon county; the Hon. Elbert S. Smith, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed July 10, 1923. Certiorari denied by Supreme Court (making opinion final).

Alonzo Hoff and John G. Friedmeyer, for appellant. Roy M. Seeley and John M. Pfeifer, for appellee.

Mr. Presiding Justice Heard delivered the opinion of the court.

Joe Jacobi et al., partners, trading as Besto Syrup Company, appellants, v. Ben Meyer, trading as B. Meyer & Company, appellee. Gen. No. 7,600.

Suit for purchase price of cases of syrup. Judgment for defendant. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1923. Reversed and cause remanded. Opinion filed July 10, 1923.

T. W. Quinlan, for appellants. Patton & Patton, for appellee.

Mr. Presiding Justice Heard delivered the opinion of the court.